No. 88–1706.   CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.; and

No. 88–1874. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Pittsburgh & Lake Erie R. Co.* v. *Railway Labor Executives' Assn.*, 491 U. S. 490 (1989). Reported below: 861 F. 2d 1082.